UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

B.G., ET AL.,

                Plaintiffs,

-against-

CITY OF NEW YORK, ET AL.,

                Defendants.

23-CV-03761 (KPF)(RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    A settlement conference was scheduled for **Friday, February 9, 2024 at 11:30 a.m.** in Courtroom 9B at 500 Pearl Street, New York, NY, 10007. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **Friday, February 2, 2024, at 5:00 p.m**.

    Corporate parties must send the person with decision-making authority to settle the matter to the conference.

    If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED: January 26, 2024
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge