UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| B.G., et al.,<br><br>      Plaintiffs,<br><br> -against-<br><br>City of New York, et al.,<br><br>      Defendants. | 23-CV-03761 (KPF)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

   A settlement conference is scheduled for **Thursday, February 15, 2024 at 10:00 a.m.** to be held through video conference. The Courtroom Deputy will send the meeting details by email.

DATED: February 12, 2024
      New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge