UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| B.G., ET AL.,<br><br>                    Plaintiffs,<br><br>  -against-<br><br>CITY OF NEW YORK, ET AL.,<br><br>                    Defendants. | 23-CV-03761 (KPF)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      A settlement conference is scheduled for **Thursday, February 22, 2024 at 12:00 p.m** to be held through video conference. The Courtroom Deputy will send the meeting details by email.

DATED:  February 20, 2024
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge