UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| B.G., ET AL., <br><br> Plaintiffs, <br><br> -against- <br><br> CITY OF NEW YORK, ET AL., <br><br> Defendants. | 23-CV-03761 (KPF)(RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A settlement conference is scheduled for **Tuesday, March 12, 2024 at 9:30 a.m** to be held through video conference. The Courtroom Deputy will send the meeting details by email.

DATED:  February 22, 2024  
        New York, NY

SO ORDERED.

_____  
**ROBYN F. TARNOFSKY**  
United States Magistrate Judge