UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| B.G., ET AL.,<br><br>      Plaintiffs,<br><br> -against-<br><br>CITY OF NEW YORK, ET AL.,<br><br>      Defendants. | 23-CV-03761 (KPF)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  A settlement conference is scheduled for **Friday, March 22, 2024 at 3:00 p.m** to be held through video conference. The Courtroom Deputy will send the meeting details by email.

DATED: March 13, 2024           SO ORDERED.
      New York, NY

                            **ROBYN F. TARNOFSKY**
                            United States Magistrate Judge