UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| B.G., et al., <br><br> Plaintiffs, <br><br> -against- <br><br> City of New York et al. <br><br> Defendants. | 23-CV-03761 (KPF)(RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A settlement conference is scheduled for **Friday, March 22, 2024 at 9:00 a.m.** through video conference. The Courtroom Deputy will email Plaintiff Counsel the conference details. Corporate parties must send the person with decision-making authority to settle the matter to the conference.

DATED:  March 21, 2024
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge