UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| B.G., ET AL.,<br><br>                    Plaintiffs,<br><br>    -against-<br><br>CITY OF NEW YORK ET AL.<br><br>                    Defendants. | 23-CV-03761 (KPF)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A settlement conference is scheduled for **Thursday, April 18, 2024 at 3:00 p.m.** through video conference. The Courtroom Deputy will email Plaintiff Counsel the conference details. Corporate parties must send the person with decision-making authority to settle the matter to the conference.

DATED:  April 16, 2024
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge