

Office of General Counsel
ROBERT T. REILLY
*General Counsel*

Albany   Buffalo   New York

**Jennifer N. Coffey**
*Associate General Counsel*

**Lena M. Ackerman**
*Assistant General Counsel*

**Jennifer A. Hogan**
*Associate General Counsel*

February 7, 2025

**VIA ECF & EMAIL (Failla_NYSDChambers@nysd.uscourts.gov)**

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007



Re:   B.G., et al. v. City of New York, et al.
      Case: 1:23-cv-03761 (KPF)
      Our File No. 267805-F100

Dear Judge Failla:

In accordance with Your Honor's December 9, 2024 order, counsel for all parties submit this letter update on the status of settlement discussions, the necessity of extending the partial stay of discovery, and a revised scheduling order.

Since the December 9, 2024 order, the parties have continued to engage in consistent *ex parte* settlement discussions with Magistrate Judge Robyn F. Tarnofsky. Most recently, on February 3, 2025, Judge Tarnofsky convened a virtual settlement conference with counsel for all parties to address injunctive relief measures relating to an emergency notification system at P.S. 347 and monetary damages. During this time, the parties reached an agreement in principle on some aspects of the injunctive relief measures and exchanged proposals for monetary damages.

Considering that the settlement discussions are advancing at present, the parties respectfully request an extension of two additional months to potentially resolve this case and a concomitant extension of the partial stay of discovery. This is the parties' sixth request for an extension of the partial stay of discovery.

Should a partial stay remain in place, the parties also respectfully request that a revised scheduling order be submitted at a later time. Depending on whether the parties can finalize the settlement discussions, the parties can provide a future update to Your Honor on the issue of a revised scheduling order.

      In light of the above, we respectfully request an extension until April 7, 2025 to provide a status update and respond as to whether a revised scheduling order is needed.

      Thank you for your continued consideration and attention in this matter.

      Respectfully,

      ROBERT T. REILLY

By:   */s/ Junou M. Odige*
     JUNOU M. ODIGE
     KEITH J. GROSS
     Of Counsel

JMO:KJG/kt

c:    Hon. Robyn F. Tarnofsky
      (*via email* TarnofskyNYSDChambers@nysd.uscourts.gov)

      Counsel for Plaintiffs & Defendants (*via ECF*)

---

```
Application GRANTED.  The parties shall file a letter update concerning,
as appropriate, the status of settlement discussions, the necessity of
extending the partial stay of discovery, and / or a revised scheduling
order on or before April 7, 2025.

The Clerk of Court is directed to terminate the pending motion at docket
entry 64.

Dated:    February 10, 2025          SO ORDERED.
          New York, New York
```

*[Signature: Katherine Polk Failla]*

```
                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE
```