UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| B.G. et al,<br><br>                Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK et al,<br><br>                Defendant. | 23-CV-3761 (KPF) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court are proposed infant consent orders (ECF 83). An infant consent order is considered dispositive. Accordingly, if the parties would like me to issue a report and recommendation to Judge Failla on the proposed infant consent orders (ECF 83), I will do so promptly. However, if the parties would like me to consider and, if appropriate, sign the proposed infant consent orders, as suggested by their preparation of the proposed infant consent orders for my signature, they must file on the docket AO form 85A, NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE, indicating that they consent to my jurisdiction for resolution of the request to approve the infant compromise orders (ECF 83). If the parties do not file such a proposed consent by **December 5, 2025**, I will issue a report and recommendation to Judge Failla.

DATED:  November 25, 2025
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge