UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

B.G., a child by her Parent and Natural Guardian, STACEY HAYNES, A.R. a child by her Parent and Natural Guardian, ALANA CAMPBELL, C.K., a child by her Parent and Natural Guardian, FLAVIA FRANCO-KARELIS, S.S., a child by her Parent and Natural Guardian MEGGI SWEENEY, UNITED FEDERATION OF TEACHERS, LOCAL 2, by its President MICHAEL MULGREW. ANA VIANNA BALZANO, ZAVIER SABIO, EILEEN LOGRANO, RITA FATTORUSSO, ROY STELZER, PATRICK NORMAN, DARREN FUDENSKE, ELISE BRADY, and all similarly situated individuals,

                    Plaintiffs,

              V.

THE CITY OF NEW YORK, BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK, and DAVID C. BANKS, in his official capacity as CHANCELLOR of the CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK

                    Defendants.

-------------------------------------------------------------------X

Civ. No.: 1:23-cv-03761-KPF

**<u>DECLARATION OF JONATHAN BERGER IN SUPPORT OF INFANTS' COMPROMISES</u>**

I, JONATHAN BERGER, ESQ., hereby declare as follows:

A.       I am an attorney with the law firm of LEVISOHN BERGER LLP, located at 11 Broadway, Suite 615, New York, New York 10004. I am one of the attorneys for the Infant Plaintiffs in the above-captioned action and am fully familiar with the facts and circumstances set forth herein.

B.       The Infant Plaintiffs sustained emotional distress when they were denied an effective emergency notification system while enrolled at P.S, 347.

1

C.        I was retained by Stacey Haynes on behalf of her child B.G., Alana Campbell on behalf of her child A.R., Flavia Franco-Karelis on behalf of her child C.K., and Meggi Sweeney on behalf of her child S.S.

D.        The complaint asserts that Infant Plaintiffs suffered emotional injuries due to the uncertainty of not knowing the nature of the emergency drills conducted by the school administration. This is because, we asserted, the emergency drills were announced over the public address system and the Infant Plaintiffs could not hear the announcements and were unable to ascertain the type of emergency and thus utilize the protocol required for each emergency.

E.        Negotiations were held with the attorney for THE CITY OF NEW YORK and with the Court, which resulted in an offer of $34,250.00 for each Infant Plaintiff for the settlement of each Infant Plaintiff's claim.

F.        I believe that the offer of settlement is reasonable under the circumstances and that this action should be settled and compromised. I am informed by the parents that the children suffered emotional distress arising out of the emergency notification system that was based upon oral announcements that the children could not hear and an inadequate visual emergency alert system (there is presently being installed a new system based upon flashing lights of different colors for the Deaf Infant Plaintiffs and the Deaf staff). Further, I believe that the amount of compensation that is being offered is fair and reasonable under all the attendant circumstances.

G.        The children shall each receive $34,250.00.

H.        There are no outstanding liens herein known to me.

I.        I have not become interested or concerned in this application or its subject matter,

directly or indirectly, at the instance or request of the Defendants or their representatives. All negotiations herein were had for the benefit of the Infant Plaintiffs.

K.  No previous application for the same or similar relief has been made to any Court or Judge, and there is no other action pending on behalf of the Infant Plaintiffs relative to the same incident.

WHEREFORE, it is respectfully requested that the annexed Order be approved and endorsed.

I declare under the penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Dated: New York, New York
       November 21, 2025

LEVISOHN BERGER LLP

/s/ Jonathan Berger
JONATHAN BERGER
11 Broadway, Suite 615
New York, New York 10004

**Attorney for Plaintiffs**
B.G., a child by her Parent and Natural Guardian, STACEY HAYNES, A.R. a child by her Parent and Natural Guardian, ALANA CAMPBELL, C.K., a child by her Parent and Natural Guardian, FLAVIA FRANCO-KARELIS, S.S., a child by her Parent and Natural Guardian MEGGI SWEENEY

4