

**Office of General Counsel**
**ROBERT T. REILLY**
*General Counsel*

**Albany**      **Buffalo**      **New York**

**Jennifer N. Coffey**          **Lena M. Ackerman**
*Associate General Counsel*    *Assistant General Counsel*

                                **Jennifer A. Hogan**
                                *Associate General Counsel*

December 17, 2025

***VIA ECF & EMAIL (Failla_NYSDChambers@nysd.uscourts.gov)***

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007



**MEMO ENDORSED**

> Re:  **B.G., et al. v. City of New York, et al.**
>      **Case: 1:23-cv-03761 (KPF)**
>      **Our File No. 267805-F100**

Dear Judge Failla:

Pursuant to Your Honor's October 16, 2025 Order, counsel for all Plaintiffs submit this extension request of the deadline to reopen this action in the event that the settlement is not consummated.

Since the October 16, 2025 Order, the parties have continued to engage in discussions to facilitate the finalization of a written settlement agreement in this matter. However, there remain a few outstanding discussions with respect to the memorialization of the final terms and conditions of the agreement between the parties. Additionally, counsel for Plaintiff-Students are awaiting a court ruling for the proposed infant compromise orders filed on December 12, 2025 in relation to the settlement. Finally, upon reaching a final memorialized agreement, counsel for Plaintiff-Staff will require time to schedule interpreters for in-person executions of the settlement documents. The parties therefore respectfully request an extension of 60 additional days to fully resolve this matter. This is the third request for an extension of the deadline to file an application to reopen this action.

In light of the above, we respectfully request an extension until **February 17, 2026**.

Thank you for your continued consideration and attention in this matter.

Respectfully,

ROBERT T. REILLY

By:    /s/ Junou M. Odige
       JUNOU M. ODIGE
       KEITH J. GROSS
       Of Counsel

JMO/so

c:    Counsel for Plaintiffs & Defendants (*via ECF*)

Application GRANTED.

The deadline to reopen this action in the event that the
settlement is not consummated is hereby ADJOURNED to **February
17, 2026.**

The Clerk of Court is directed to terminate the pending
motions at docket entries 96 and 99.

Dated:    December 18, 2025        SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE