**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

B.G., a child by her Parent and Natural Guardian, STACEY HAYNES, A.R., a child by her Parent and Natural Guardian, ALANA CAMPBELL, C.K., a child by her Parent and Natural Guardian, FLAVIA FRANCO-KARELIS, S.S., a child by her Parent and Natural Guardian MEGGI SWEENEY, UNITED FEDERATION OF TEACHERS, LOCAL 2, by its President MICHAEL MULGREW. ANA VIANNA BALZANO, ZAVIER SABIO, EILEEN LOGRANO, RITA FATTORUSSO, ROY STELZER, PATRICK NORMAN, DARREN FUDENSKE, ELISE BRADY, CAREY M. BALLARD, and all similarly situated individuals,

Plaintiffs,

-against-

THE CITY OF NEW YORK, BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK, and DAVID C. BANKS, in his official capacity as CHANCELLOR of the CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,

Defendants.

-----------------------------------------------------------------X

**Civ. No.: 1:23-cv-03761**

**INFANT'S COMPROMISE ORDER**

The Plaintiff, MEGGI SWEENEY SMITH, on behalf of her child S.S., having moved for an Order authorizing and empowering her to compromise this action (the "*PS347* Matter") pursuant to the terms outlined below.

Upon the reading and filing of the annexed Affidavit of MEGGI SWEENEY SMITH, the mother and natural guardian of the infant, sworn to November 13, 2025, and filed in the *PS347* matter; and the Affidavit of JONATHAN BERGER, ESQ., sworn to on the 20th of November, 2025, and filed in the PS347 matter; and

It appearing that the infant S.S. was born in calendar year 2017, and it further appearing that the best interests of the infant will be served by the settlement and compromise, and due deliberation having been had herein, and upon all past papers and proceedings herein,

NOW, on motion of JONATHAN BERGER, attorney for the Plaintiff, it is:

ORDERED, that MEGGI SWEENEYS SMITH, the mother and natural guardian of the infant, is hereby permitted to enter into a compromise and settlement of the infant's claims for relief, for the sum of THIRTY-FOUR THOUSAND TWO HUNDRED AND FIFTY ($34,250.00) DOLLARS, to be paid by the CITY OF NEW YORK, in full settlement of the instant matter herein; and it is further

ORDERED, that the sum of THIRTY-FOUR THOUSAND TWO HUNDRED AND FIFTY ($34,250.00) DOLLARS be paid by the City of New York to MEGGI SWEENEY SMITH, the mother and natural guardian of S.S., jointly with an officer of Chase Bank located at 9313 3rd Ave, Brooklyn, NY 11209, as and for her claim on behalf of S.S. in the instant matter herein. The sum shall be deposited in an interest-bearing custodial account in the name of S.S., with MEGGI SWEENEY SMITH as the custodian, to the credit of said infant, and to be held for the sole use and benefits of the infant in an account paying the highest rate of interest available, until the infant reaches the age of Eighteen; and it is further

ORDERED, that the attorney for the plaintiff shall serve a copy of this Order upon said depository referable to settlement and shall arrange for the deposit of the funds within 60 days from the date of receipt of the settlement funds; and it is further

ORDERED, that said depository is authorized and directed to maintain at least one hundred percent (100%) of said fund in a form of deposit in said depository yielding the highest dividend return to the infant, providing that said fund shall not be in such a form that it will be not be available to the infant when the infant attains the age of majority; and it is further

ORDERED, that there is no partial withdrawal prior to age 18 without further order of the Court; and it is further

ORDERED, that when the infant shall have attained the age of Eighteen Years, upon demand therefore, together with presentation of the proper proof of said age, said Bank is directed to pay over to said infant all monies then on deposit in said account, together with any interest accrued thereon; and it is further

ORDERED, that upon full compliance with all the terms of this Order referable to settlement, the mother and natural guardian of the infant is authorized, empowered and permitted to execute and deliver a General Release and any other papers necessary to effectuate the settlement in the instant matter herein; and it is further

ORDERED, that payment by Defendants of the funds for the Infant shall be made no later than 90 days after entry of this Order referable to settlement; and it is further

ORDERED, that the filing of a bond or other security is waived.

Dated: July 29, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE